UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2003 LINCOLN NAVIGATOR, VIN: 5LMFU28RX3LJ19165, LICENSE NUMBER: 5BZT375, et al., <br><br> Defendants. | 1:05-cv-1538-OWW-SMS <br><br> ORDER **VACATING HEARING SET FOR December 1, 2006**, ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 20) |

Plaintiff is proceeding with a civil action in this Court. The motion for default judgment was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

///
////
/////

1

1   Accordingly, the hearing on the motion, presently set for
2 December 1, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED
3 to the Court for decision.
4 IT IS SO ORDERED.
5 **Dated:   November 22, 2006**            /s/ Sandra M. Snyder
   icido3                       UNITED STATES MAGISTRATE JUDGE