McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2003 LINCOLN NAVIGATOR, VIN: 5LMFU28RX3LJ19165, LICENSE NUMBER: 5BZT375,<br><br>　　　　Defendant. | 1:05-CV-01538-OWW-SMS<br><br>**DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE** |

　　　　This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed October 4, 2006. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted, and no timely objection has been filed. Based on the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

　　　　ORDERED, ADJUDGED AND DECREED:

　　　　1.　　After a *de novo* review, the Court adopts the Magistrate Judge's Findings and Recommendations in full.

　　　　2.　　Augustin Rodriguez, Maria Rocha, and Luciano Serrano Rocha are held in default.

　　　　3.　　A judgment by default is hereby entered against any right, title, or interest in the defendant 2003 Lincoln Navigator, VIN: 5LMFU28RX3LJ19165, License Number: 5BZT375, held by any potential claimants.

4.   A final judgment is hereby entered, forfeiting all right, title, and interest in the defendant 2003 Lincoln Navigator, VIN: 5LMFU28RX3LJ19165, License Number: 5BZT375 to the United States of America, to be disposed of according to law, including all right, title, and interest of Augustin Rodriguez, Maria Rocha, and Luciano Serrano Rocha.

5.   All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 4th day of January, 2007.

/s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge